1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      andrew.paulson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:21-cr-00338-HSG |
|---|---|
| Plaintiff, | ) **DETENTION ORDER** |
| v. | ) |
| MIKE JOHN GUERRERO, | ) |
| Defendant. | ) |

On September 1, 2021, defendant Mike Guerrero was charged by Indictment with one count of possession with intent to distribute and distribution of 50 grams and more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii). On August 26, 2022, the defendant pleaded guilty to Count One in the Indictment.

This matter came before the Court on March 28, 2023, for a detention hearing. The defendant was present and represented by Sierra P. Dugan. Assistant United States Attorney Andrew Paulson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden to show by clear and convincing

evidence that he is not likely to flee or pose a danger to the safety of any person or the community if he is released. *See* 18 U.S.C. § 3143(a)(2). Accordingly, the defendant must be detained pending sentencing in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant failed to report to the Amicus House Sober Living Environment (SLE) by February 1, 2023, as ordered by this court on January 26, 2023; (1) the defendant violated the condition of his pretrial release by using methamphetamine, as evidenced by a positive drug test on March 13, 2023; (3) the defendant committed a new criminal offense on or about March 9, 2023 when he allegedly stole approximately $1,942 worth of tools from a hardware store by posing as someone else and falsely claimed that he was authorized to purchase up to $2,000 worth of tools under an existing account held by another business; and (4) the defendant missed a drug test on March 17, 2023. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

IT IS ORDERED THAT:

1.  The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

4.  The Court hereby sets a status conference on April 11, 2023, at 10:30 a.m. in Courtroom 4, 3rd Floor, Oakland Federal Courthouse, 1301 Clay Street, Oakland, CA 94612. The parties are directed to meet and confer with Pretrial Services to establish a viable release plan in the event the Court

1  decides to release the defendant from custody on April 11, 2023.

2      IT IS SO ORDERED.

4  DATED: April 7, 2023

                                    HONORABLE KANDIS A. WESTMORE
                                    United States Magistrate Judge