ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:   (415) 436-7200
    Fax:   (415) 436-7234
    daniel.kassabian@usdoj.gov
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-338-HSG |
| Plaintiff, | **STIPULATION TO RESCHEDULE AND CHANGE STATUS CONFERENCE TO WITHDRAWAL OF PLEA AND CHANGE OF PLEA HEARING, AND ORDER (as modified)** |
| v. | |
| MIKE JOHN GUERRERO, | |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the

defendant MIKE JOHN GUERRERO, that the status conference on SEPTEMBER 20, 2023, at 1 p.m.

be reset to OCTOBER 11, 2023 and converted to a motion to withdraw plea, and change of plea hearing.

The parties anticipate requesting that the defendant be allowed to withdraw his instant plea of guilty to

the captioned Indictment, and enter a guilty plea to the captioned Superseding Information.  For the

reasons set forth below, the parties stipulate that there is a fair and just reason for the defendant to

withdraw his plea to the Indictment pursuant to Fed. R. Crim. P. 11(d)(2)(B).

The case is currently set for a status conference on September 20, 2023.  In light of undersigned

government counsel's unavailability on this date and the Court's future availability, the parties request

1  to continue the above-referenced hearing to October 11, 2023, at 1 pm or 2 p.m.  The pretrial services

2  officer is available on this date.

3        The defendant was charged in Count One of the Indictment [ECF 1] on September 11, 2021 of

4  violating 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and

5  Distribution of 50 Grams and More of Methamphetamine distribution of methamphetamine (Count

6  One).  As alleged in the Indictment, Count One includes a quantity allegation that triggers a five-year

7  mandatory minimum.  The defendant pled guilty to Count One of the Indictment on March 22, 2023,

8  pursuant to a Plea Agreement [ECF 49].  The defendant was referred to CAP for evaluation thereafter

9  [ECF 50].

10       After further review, the government has determined that a non-mandatory minimum offense is

11  more appropriate in this case.  This decision is without condition that the defendant waive indictment,

12  agree to plead guilty, or agree to withdraw the instant guilty plea or enter into a new plea agreement with

13  the government, and the defendant has been so advised.

14       To that end, the government will file a Superseding Information charging the defendant with a

15  single count, Count One, of violating 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to

16  Distribute and Distribution of Methamphetamine – which does not include a mandatory minimum

17  penalty.  In addition, although not required by the government, the defendant has indicated that he will

18  waive indictment, and the parties anticipate setting an arraignment on the Superseding Information prior

19  to the proposed October 11, 2023, date before this Court.  The defendant has also indicated he will seek

20  to withdraw his guilty plea to the Indictment in favor of a guilty plea to the Superseding Information.

21  As such, the parties similarly anticipate jointly requesting that the Court grant the parties' request to

22  allow the defendant to withdraw his guilty plea to the Indictment and allow the defendant to plead guilty

23  to the Superseding Information pursuant to a new Plea Agreement into which the parties intend to enter

24  at the change plea on OCTOBER 11, 2023, or as soon thereafter as the Court permits.

25       In summary, the parties stipulate and respectfully request to proceed as follows: after the

26  defendant's arraignment on the Superseding Information, the parties appear before this Court on

27  OCTOBER 11, 2023 at 1 p.m. or 2 p.m. for what was scheduled to be a status conference.  Instead of

28  proceeding with that status conference, the parties would respectfully seek that the Court allow the

1   defendant to withdraw this guilty plea to the Indictment, with the fair and just reason being the

2   government's decision described above.  Although not required by the government, the defendant

3   intends to then plead guilty to the Superseding Information (which charges him with a non-mandatory

4   minimum offense) pursuant to a new Plea Agreement into which the parties intend to enter at the change

5   of plea.

6          For these reasons, the parties request that the upcoming status conference, currently scheduled

7   for SEPTEMBER 20, 2023 at 1 p.m., be converted into a (1) hearing to withdraw the defendant's guilty

8   plea on the Indictment, and (2) a change of plea hearing on the Superseding Information.

9          The undersigned Assistant United States Attorney certifies that he has obtained approval from

10  counsel for the defendant to file this stipulation and proposed order.

11         IT IS SO STIPULATED.

12  DATED: September 19, 2023                    ISMAIL J. RAMSEY
                                                 United States Attorney
13
                                                 _____/s/_____
14                                               DANIEL N. KASSABIAN
                                                 Assistant United States Attorney
15

16
                                                 _____/s/_____
17                                               SIERRA P. DUGAN
                                                 Counsel for Defendant
18                                               MIKE JOHN GUERRERO

19

20                                      **ORDER**

21         Based upon the facts set forth in the stipulation of the parties and the representations made to the

22  Court and for good cause shown, the upcoming status conference for SEPTEMBER 20, 2023, at 1 p.m.,

23  is RESET to OCTOBER 11, 2023 at 2 p.m. and is converted into (1) a hearing to withdraw the

24  defendant's guilty plea, and (2) a change of plea hearing.

25         IT IS SO ORDERED.

26  Dated:    9/19/2023

27                                               HON. HAYWOOD S. GILLIAM, JR.
    2087-4467-3536, v. 3                         United States District Judge
28